UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    Jeffrey L. Borman, Sr : Case No: 1:19-bk-02198-HWV
:
    Debtor(s) : Chapter 13

# **NOTICE OF ADDRESS CHANGE**

TO: BANKRUPTCY COURT, MIDDLE DISTRICT OF PENNSYLVANIA

    Kindly change the address of the listed debtors to –

| CORRECTED ADDRESS: | FORMER ADDRESS: |
|---|---|
| Jeffrey L. Borman, Sr<br>123 Marine Oaks Dr<br>Essex, MD 21221 | ~~Jeffrey L. Borman, Sr~~<br>~~86 S. Main, APT 12~~<br>~~Spring Grove, PA 17362~~ |

JACOBSON, JULIUS & HARSHBERGER

Date: March 15, 2021

By: /s/Chad J. Julius
Attorney for Debtor
ID No. 209496
8150 Derry Street
Harrisburg, PA 17111-5260
717-909-5858