IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey A. Borman Sr.<br>Debtor(s)<br><br>**FREEDOM MORTGAGE CORPORATION**<br>Movant<br><br>vs.<br><br>Jeffrey A. Borman Sr.<br>Debtor(s)<br><br>Jack N. Zaharopoulos,<br>Trustee | BK NO. 19-02198 HWV<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 8, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Jeffrey A. Borman Sr.
123 Marine Oaks Dr.
Essex, MD 21221

<u>Attorney for Debtor(s)</u>
Chad J. Julius, Jacobson & Julius, 8150 Derry Street
Suite A
Harrisburg, PA 17111

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 8, 2021</u>

**/s/Denise Carlon Esquire**
Denise Carlon Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
dcarlon@kmllawgroup.com
